# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-2446
Lower Tribunal No. 2020-DR-001185

_____

STEVEN SANZARO,

Appellant,

v.

KATHERINE GRACE CROWE,

Appellee.

_____

Appeal from the Circuit Court for Collier County.
Russell T. Kirshy, Judge.

November 26, 2025


PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

NARDELLA, WOZNIAK and GANNAM, JJ., concur.


Steven Sanzaro, Las Vegas, Nevada, pro se.

Katherine Grace Crowe, Bonita Springs, pro se.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED